| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Russell, Thomas B. | 2. Court or Organization  United States District Court - | 3. Date of Report  05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III - Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

501 Broadway, Federal Building
Paducah, KY 42001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | First Investors of Paducah (Investment Club) See additional information |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Thomas B.** | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account - Paducah Bank | A | Interest | J | T | | | | | |
| 2. Checking Account - Regions Bank | A | Interest | L | T | | | | | |
| 3. IRA, UBS (See Section VIII) | B | Int./Div. | | | Sold | 10/16/14 | L | | |
| 4. -AmerFDS Cap. World Gr. Inc. | | | | | Sold | 10/16/14 | J | | |
| 5. -American Mutual Funds | | | | | Sold | 10/16/14 | J | | |
| 6. -Amer. Funds Investments Co. of America | | | | | Sold | 10/16/14 | J | | |
| 7. -Amer. Funds, Washington Mutual Investors | | | | | Sold | 10/16/14 | J | | |
| 8. IRA, LPL FINANCIAL (See Section VIII) | B | Int./Div. | O | T | | | | | |
| 9. -AIM Invt Fds Invesco Developing MK Cl Y | | | | | | | | | |
| 10. -Optimum Fixed Income Fund Cl I | | | | | | | | | |
| 11. -Optimum International fund Cl I | | | | | | | | | |
| 12. -Optimum Large Capital Growth Fd Cl I | | | | | | | | | |
| 13. -Optimum Large Capital Value Fd Cl I | | | | | | | | | |
| 14. -Optimum Small Cap Growth Fd Cl Instl | | | | | | | | | |
| 15. -Optimum Small Cap Value Fd Cl I | | | | | | | | | |
| 16. IRA, UBS (See Section VIII) | A | Int./Div. | | | Sold | 10/16/14 | K | A | |
| 17. -AmerFDS Capital World Growth | | | | | Sold | 10/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Amer. Funds, Investment Co. of America | | | | | Sold | 10/16/14 | J | | |
| 19.  IRA, LPL FINANCIAL (See Section VIII) | A | Int./Div. | K | T | | | | | |
| 20.  -Optimum Fixed Income Fund Cl I | | | | | | | | | |
| 21.  -Optimum International Fund Cl I | | | | | | | | | |
| 22.  -Optimum Large Capital Growth Fd Cl I | | | | | | | | | |
| 23.  -Optimum Large Capital Value Fd Cl I | | | | | | | | | |
| 24.  -Optimum Small Cap Growth Fd Cl Instl | | | | | | | | | |
| 25.  -Optimum Small Cap Value Fd Cl I | | | | | | | | | |
| 26.  Savings Acct. Regions Bank | A | Interest | L | T | | | | | |
| 27.  Common Stock, Regions Bank | A | Dividend | J | T | | | | | |
| 28.  IRA -REGIONS BANK (See Section VIII) | C | Int./Div. | | | Sold | 10/07/14 | N | | |
| 29.  -U.S. Treas. SEC Strip | | | | | Sold | 10/07/14 | J | | |
| 30.  -American Europacific GRTH-F2 | | | | | Sold | 10/07/14 | J | | |
| 31.  -Pimco Total Return (Mutual Fund) | | | | | Sold | 10/07/14 | J | | |
| 32.  -Pimco Commodity Realreturn (Mutual Fund) | | | | | Sold | 10/07/14 | J | | |
| 33.  -Templeton Global Bond Fund | | | | | Sold | 10/07/14 | J | | |
| 34.  -Fannie Mae DTD | | | | | Sold | 10/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Thomas B.** | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Federal Home Loan Bank | | | | | Sold | 10/07/14 | J | | |
| 36. -American Century Equity Income - Mutual Fund | | | | | Sold | 10/07/14 | J | | |
| 37. -Investco Developing Markets FD CL | | | | | Sold | 10/07/14 | J | | |
| 38. -Pioneer Fundamental Value Fund | | | | | Sold | 10/07/14 | J | | |
| 39. FIRST INVESTORS OF PADUCAH (See Section VIII) | A | Int./Div. | L | T | | | | | |
| 40. -US Banc (common) | | | | | | | | | |
| 41. -IBM (common) | | | | | | | | | |
| 42. -Abbott Lab (common) | | | | | Sold | 10/30/14 | J | A | |
| 43. -Cisco Sys (common) | | | | | | | | | |
| 44. -Intel (common) | | | | | | | | | |
| 45. -Schlumberge (common) | | | | | | | | | |
| 46. -Simon P (common) | | | | | | | | | |
| 47. -Loews (common) | | | | | Sold | 09/12/14 | J | A | |
| 48. -Fastenal (common) | | | | | | | | | |
| 49. -Microsoft (common) | | | | | | | | | |
| 50. -Coke (common) | | | | | | | | | |
| 51. -Johnson (common) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Minnesota (3M) (common) | | | | | | | | | |
| 53. -Proctor (common) | | | | | | | | | |
| 54. -CSI (common) | | | | | | | | | |
| 55. -Exon Mobil (common) | | | | | | | | | |
| 56. -Oracle (common) | | | | | | | | | |
| 57. -Walgreen (common) | | | | | | | | | |
| 58. -B.P. PLC (common) | | | | | | | | | |
| 59. -Apple (common) | | | | | | | | | |
| 60. -Ishares (IWM)(common) | | | | | | | | | |
| 61. -SPDR SDY | | | | | | | | | |
| 62. -Trinity | | | | | Sold | 10/30/14 | J | A | |
| 63. -Seadrill | | | | | Sold | 10/30/14 | J | A | |
| 64. -Wells Fargo | | | | | | | | | |
| 65. -Gilead | | | | | | | | | |
| 66. -Fluor | | | | | | | | | |
| 67. -National (NOV) | | | | | | | | | |
| 68. -Clean | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Plexus | | | | | | | | | |
| 70. -Ashland (ASH) | | | | | | | | | |
| 71. -Tata (TTM) | | | | | | | | | |
| 72. -Yum (YUM) | | | | | | | | | |
| 73. -Vanguard (VWO) | | | | | Sold | 10/30/14 | J | A | |
| 74. -Vanguard (VEA) | | | | | Sold | 10/30/14 | J | A | |
| 75. -Toyota (TM) | | | | | Sold | 11/03/14 | J | A | |
| 76. -Tesoro (TSO) | | | | | | | | | |
| 77. -Kraft | | | | | | | | | |
| 78. -UTX | | | | | | | | | |
| 79. -Healthcare HCN | | | | | Sold | 10/30/14 | J | A | |
| 80. -Barclays | | | | | Sold | 10/16/14 | J | A | |
| 81. -Dollar General | | | | | | | | | |
| 82. -Baker BHI | | | | | | | | | |
| 83. -Becton BDX | | | | | | | | | |
| 84. -Spectra SE | | | | | Sold | 10/30/14 | J | A | |
| 85. -Medtronic MDT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Mondelez MDL | | | | | | | | | |
| 87. -Denbury (DNR) | | | | | Sold | 10/30/14 | J | A | |
| 88. -Freeport (FCX) | | | | | | | | | |
| 89. -Hess (HES) | | | | | Sold | 10/30/14 | J | A | |
| 90. -JP Morgan (JPM) | | | | | | | | | |
| 91. -Nat'L Fuel (NFG) | | | | | | | | | |
| 92. -Pfizer (PFE) | | | | | Sold | 10/30/14 | J | A | |
| 93. -Baidu (BIDU) | | | | | | | | | |
| 94. -Cnooc (CEO) | | | | | | | | | |
| 95. -Delphi (DLPH) | | | | | | | | | |
| 96. -Estee (EL) | | | | | | | | | |
| 97. -Abbvie (Abbv) | | | | | | | | | |
| 98. -Uranium (UEC) | | | | | | | | | |
| 99. -Whole Foods | | | | | Buy | 08/19/14 | J | | |
| 100. -WPG | | | | | Buy | 05/29/14 | J | | |
| 101. -BAC | | | | | Buy | 10/14/14 | J | | |
| 102. -GOOD | | | | | Buy | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Kroger | | | | | Buy | 10/30/14 | J | | |
| 104. - MA | | | | | Buy | 10/30/14 | J | | |
| 105. -MDT | | | | | Buy | 10/30/14 | J | | |
| 106. -SUNE | | | | | Buy | 06/04/14 | J | | |
| 107. -DNOW | | | | | Buy | 06/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

In October of 1996, I became a member of an investment club known as First Investors of Paducah, which is organized as a partnership. There are 15 partners divided into 7 teams. Each team invests their portion. I only have control over the investment of my team. I do have a 1/15 interest in all investments.

VII. INVESTMENTS AND TRUSTS

(No. 3 - 7) IRA- UBS

This is an IRA acount with UBS. In October, 2014, I transferred all of these assets to LPL Financial. They immediately sold those assets and reinvested the proceeds in the assets listed in No. 8-15 below.

(No. 8 -15)  IRA - LPL FINANCIAL

This is the IRA account in LPL Financial that was transferred from UBS to LPL Financial as referenced above. Line 8 reflects the total value of the account, and Lines 9-15 list the individual purchases LPL Financial made.

(No. 16-18)  IRA - UBS

This is another IRA with UBS which was transferred to LPL Financial in October, 2014. Upon transfer, LPL sold most assets and invested them in assets listed in No. 19-25 below.

(No. 19-25) IRA- LPL FINANCIAL

This is an IRA account in LPL Financial that was transferred from the UBS account referenced in Lines 16-18. LPL Financial immediately sold those assets and invested them as set forth in Lines 19-25.

(No. 28-38) IRA - REGIONS BANK

This is an IRA account with Regions Bank, which I transferred to LPL Financial in October, 2014, as shown in Lines 8-15. Line 28 reflects the value of the account. Upon transfer, LPL sold most of the assets and invested them in assets listed in Lines 8-15.

I had an IRA with Regions Bank and UBS. Other than making an allocation choice between bonds, stocks, money markets, etc., I have no control over the IRA account. I am not consulted nor do I give advice on the individual investments. Both IRA accounts were transferred to LPL Financial in October, 2014 under the same conditions.

(No. 39-107) First Investors of Paducah is an investment club organized as a partnership. There are 15 partners divided into 7 teams. Each team makes an independent investment of their portion. I have no control over the investments of the other 6 teams. I do have a 1/15 interest in all of the investments. Lines 39 thru 107 represent the stock investments of the club. Line 39 reflects the estimate of my 1/15 interest.

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544